JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.G., a Minor by and through his Mother and Guardian ad Litem Jami Dowser; and Jami Dowser, an individual,<br>    Plaintiffs,<br><br>            v.<br><br>Brighton at Terra Vista Homeowners Association; FirstService Residential, Inc. and Does 1-10 inclusive,<br>    Defendants. | CV 5:20-820 DSF (SHKx)<br><br>ORDER RE UNOPPOSED PETITION TO APPROVE COMPROMISE OF MINOR'S CLAIMS |

    The Court having considered the unopposed Petition to Approve Compromise of Minor's Claims, the Court finds:

1. The proposed settlement is fair and reasonable and is in the best interest of minor plaintiff E.G.,

2. As Plaintiff Jamie Dowser receives nothing as a result of the suit, there is no conflict of interest in her acting as guardian ad litem for the purpose of this litigation,

3. Because the agreed attorney's fee is fair and reasonable considering the relevant factors, the Court need not and does not make a finding as to the reasonable hourly rate,

4. The Petition to Approve Compromise of Minor's Claim is approved, and

5. The $12,500 settlement payment for E. G. shall be disbursed without bond or creation of a trust to his mother and guardian Petitioner Jami Dowser, who is ordered to use the funds only for the care and benefit of E.G.

IT IS SO ORDERED.

Date: October 27, 2020

Dale S. Fischer
United States District Judge